IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SHELIA CHATMAN                                                              PLAINTIFF

V.                                            CIVIL ACTION NO. 3:16CV009-NBB-SAA

JIMMY GRAY CHEVROLET, INC.,
AND JOHN DOES 1-10                                                        DEFENDANTS

## ORDER COMPELLING ARBITRATION

In accordance with the memorandum opinion issued this day, it is **ORDERED AND**

**ADJUDGED** that the defendant's motion to compel arbitration is **GRANTED**. This matter is

referred to arbitration for the purpose of determining whether the claims at issue are arbitrable.

The case is **STAYED** pending the outcome of this determination, and the parties are enjoined

from attempting to prosecute any claims against each other until such time as the arbitrability

issue is decided.

This, the 30th day of September, 2016.

 /s/ Neal Biggers                                        
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**